UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN CHANEY,

      Plaintiff,

vs.                                 Case No. 2:21-cv-11662
                                     Hon. J.C. Grey

RICHARD   LINDQUIST, in his
individual capacity

      Defendant,

_____

**INDEX OF EXHIBITS TO
PLAINTIFF BRIAN CHANEY'S MOTION FOR
LEAVE TO AMEND ITS COMPLAINT
READDING ITS INTENTIONAL INFLICTION OF EMOTIONAL
DISTRESS STATE LAW COUNT**

1. *Wrack v. City of Detroit,* No. 2:07-CV-12196, 2007 WL 2121995, at *1 (E.D. Mich. July 24, 2007)

2. Plaintiff's proposed Amended Complaint